JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KYUNG SOOK CHO, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 13-03626-DFM <br><br> JUDGMENT |

In accordance with the Order re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 27, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge